# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MARK OPIO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WHOLE FOODS MARKET GROUP, )<br>INC., et al., )<br>)<br>Defendants. ) | Docket No. 2:21-cv-00187-NT |

# ORDER AFFIRMING THE
# ORDER OF THE MAGISTRATE JUDGE

On March 7, 2022, the United States Magistrate Judge filed with the Court, with copies to counsel, his Order on Discovery Issue (ECF No. 49). The Plaintiff filed an objection to the Order on March 31, 2022 (ECF No. 55). I have reviewed and considered the Order and the Plaintiff's timely objection thereto. The Magistrate Judge's Order is neither clearly erroneous nor contrary to law, *see* Fed. R. Civ. P. 72(a), and therefore the Plaintiff's objection (ECF No. 55) is hereby **OVERRULED**.

It is therefore **ORDERED** that the Order of the Magistrate Judge is hereby **AFFIRMED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 4th day of May, 2022.