UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARK OPIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:21-cv-00187-NT |
| | ) |
| WHOLE FOODS MARKET GROUP, INC. and | ) |
| JOHN ESPESETH, | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action against Defendants shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party.

/s/ David G. Webbert
David G. Webbert, Esq.
Joseph P. Guzzardo, Esq.
Sarah K. Austin, Esq.
Johnson & Webbert, LLP
Attorneys for Plaintiff

Dated: March 24, 2023

/s/ David Strock
David Strock, Esq.
Steven J. Silver, Esq.
Littler Mendelson, P.C.
Attorneys for Defendants

Dated: March 24, 2023