UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MARK OPIO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:21-cv-00187-NT |
| | ) | |
| WHOLE FOODS MARKET GROUP, INC., et al., | ) ) | |
| | ) | |
| Defendants | ) | |

**ORDER ON MOTION TO EXTEND TIME TO
PROVIDE CERTIFICATION OF THE DESTRUCTION
OF DISCOVERY MATERIAL**

Following a telephone conference with counsel on June 22, 2023, for the reasons stated on the record, the Court grants in part Plaintiff's motion to extend time to certify the destruction of discovery material (ECF No. 116) and orders:

1. The time for Plaintiff to provide the certification is extended to July 21, 2023.

2. Plaintiff shall not use or disseminate any of the "confidential" documents without leave of court.

3. Prior to July 21, 2023, Plaintiff shall inform Defendants of the "confidential" documents, if any, that Plaintiff wants to preserve. If the parties do not agree as to the documents to be preserved, how the documents are to be preserved, or by whom the documents will be preserved, the parties can request a conference with the Court to address the issues. Plaintiff shall return to Defendants or certify the destruction of the "confidential" documents for which Plaintiff does not request preservation.

## **NOTICE**

Any objections to this Order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 26th day of June, 2023.